*1051166932*

IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

DORIS YOUNG,                          )
                                      )
          Plaintiff,                  )     **CJ-2022-00077**
                                      )   Case No:
vs.                                   )   Judge:  WILLIAM MUSSEMAN
                                      )
                                      )
HOME DEPOT, U.S.A., INC, a/k/a THE    )   **JURY TRIAL DEMANDED**
HOME DEPOT, a foreign for-profit      )   **ATTORNEY LIEN CLAIMED** DISTRICT COURT
Corporation,                          )                            **F I L E D**
                                      )
          Defendant.                  )                            JAN – 7 2022

                    **PETITION**                    DON NEWBERRY, Court Clerk
                                                    STATE OF O   A. TULSA COUNTY

          COMES NOW Plaintiff, Doris Young, by and through her attorneys of record, W. Chad

McLain and Rachel E. Gusman of the law firm GRAVES MCLAIN PLLC and for her cause of

action against the Defendant, Home Depot U.S.A., Inc., a/k/a The Home Depot, alleges and

states as follows:

                    **I. PARTIES, JURISDICTION, AND VENUE**

          1. Plaintiff Doris Young ("Plaintiff") is now, and at all times relevant to this action has

been, a resident of Tulsa County, Oklahoma.

          2. On information and belief, Defendant Home Depot, U.S.A. a/k/a The Home Depot

("Defendant") is now, and at all times relevant to this action has been, a foreign for-profit

corporation that owns and operates multiple retail stores in the State of Oklahoma, including, but

not limited to the store located at 901 South Elgin Avenue in Tulsa, Oklahoma ("Elgin Store").

          3. The events and circumstances giving rise to Plaintiff's claims occurred in Tulsa

County, Oklahoma.

          4. This Court has jurisdiction over the subject matter of this claim, personal jurisdiction

over the parties, and venue is properly lodged with this Court.

## II.  OPERATIVE FACTS

5. On September 30, 2020, Plaintiff was an invitee at Defendant's Elgin Store.

6. As Plaintiff entered the ladies restroom, her foot caught on the door's threshold and she fell to the ground, fracturing her left hip.

7. On information and belief, Defendant knew, or should have known, the threshold lacked proper hardware to bridge a gap between the metal door sill plate and the unevenly tiled bathroom flooring, and negligently failed to make the proper inspections, repairs, and/or warnings, thereby creating a dangerous and hidden trip hazard at eye level view for Plaintiff.

8.  On information and belief, rather than install the proper hardware to the threshold, Defendant recklessly and wantonly applied caulking to the gap that blackened, camouflaging the uneven surfaces and gap at eye-level view and further concealing the dangerous and hidden trip hazard to Plaintiff.

9. As a direct and proximate cause of the negligent, reckless, and wanton acts and omissions of Defendant, Plaintiff suffered personal injury and damages including, but not limited to, bodily injury, past and future physical and mental pain and suffering, temporary and permanent disability, disfigurement, and medical bills.

## III. CAUSE OF ACTION
### (Negligence)

10. Plaintiff re-pleads paragraphs 1 through 9 as though fully set forth herein.

11. Defendant had a duty to inspection, repair and/or maintain its premises in a reasonably safe manner to ensure its walkways were safe for use by invitees, such as Plaintiff.

12. On information and belief, Defendant knew, or should have known, the threshold lacked proper hardware to bridge a gap between the metal door sill plate and the unevenly tiled

bathroom flooring, and negligently failed to make the proper inspections, repairs, and/or warnings, thereby creating a dangerous and hidden trip hazard at eye level view for Plaintiff.

13. On information and belief, rather than install the proper hardware to the threshold, Defendant recklessly and wantonly applied caulking to the gap that blackened, camouflaging the uneven surfaces and gap at eye-level view and further concealing the dangerous and hidden trip hazard to Plaintiff.

14. As a direct and proximate cause of the negligent, reckless, and wanton acts and omissions of Defendant, Plaintiff suffered personal injury and damages including, but not limited to, bodily injury, past and future physical and mental pain and suffering, temporary and permanent disability, disfigurement, and medical bills.

WHEREFORE, Plaintiff Doris Young, prays for judgment against Defendant Home Depot U.S.A., Inc. a/k/a The Home Depot; for an award of damages in an amount in excess of $75,000.00; for an award of punitive damages in an amount in excess of $75,000.00; and for interest, costs, attorneys' fees, and for all such other relief the Court deems fair and equitable.

Respectfully submitted,

By: _____

W. Chad McLain, OBA #19349
Rachel E. Gusman, OBA #22161
GRAVES MCLAIN PLLC
4137 S Harvard Ave Ste F
Tulsa OK 74135
Phone: (918) 359-6600
Fax: (918) 359-6605

ATTORNEYS FOR PLAINTIFF DORIS YOUNG



IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

DORIS YOUNG,                          )
                                      )
        Plaintiff,                    )
                                      )        Case No: CJ-2022-00077
vs.                                   )        Judge:    William Musseman
                                      )
                                      )        **DISTRICT COURT**
HOME DEPOT, U. HOME DEPOT, U.S.A.,    )        **F  I  L  E  D**
INC, a/k/a THE HOME DEPOT, a foreign  )
for-profit Corporation,               )        JAN 1 9 2022
                                      )
        Defendant.                    )        DON NEWBERRY. Court Clerk
                                               STATE OF OKLA. TULSA COUNTY

## <u>AFFIDAVIT OF SERVICE</u>

This is to certify that on the 14th day of January 2022, Defendant Home Depot, U.S.A.,

Inc., a/k/a The Home Depot, was served with the Petition and Summons at the address shown

below by US Certified Mail. A copy of the Summons and signed return receipt is attached hereto

as Ex. A.

| **Defendant** | **Address Where Served** | **Date Served** |
|---|---|---|
| Home Depot, U.S.A., Inc., a/k/a The Home Depot | c/o Corporation Service Company 10300 Greenbriar Place Oklahoma City, OK 73159 | 01/14/2022 |

Respectfully submitted,

By: _____
        Daniel B. Graves, OBA #16656
        W. Chad McLain, OBA #19349
        Rachel E. Gusman, OBA #22161
        Tiffany L. Landry, OBA #33402
        Melissa E. Oxford, OBA #30287
        GRAVES MCLAIN PLLC
        4137 S Harvard Ave Ste F
        Tulsa OK 74135
        Phone: (918) 359-6600
        Fax: (918) 359-6605

ATTORNEYS FOR PLAINTIFF DORIS YOUNG

IN THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

DORIS YOUNG,                                  )
                                              )
              Plaintiff,                      )     **CJ-2022-00077**
                                              )
vs.                                           )     Case No:
                                              )     Judge:     WILLIAM MUSSEMAN
                                              )
HOME DEPOT, U.S.A., INC, a/k/a THE            )
HOME DEPOT, a foreign for-profit              )
Corporation,                                  )
                                              )
              Defendant.                      )

## SUMMONS

To the above-named Defendant:     Home Depot, U.S.A., Inc., a/k/a The Home Depot
                                  c/o Corporation Service Company
                                  10300 Greenbriar Place
                                  Oklahoma City, OK 73159

        You have been sued by the above-named Plaintiff, and you are directed to file a written
answer to the attached Petition with the Court at the above address within twenty (20) days after
service of this Summons upon you exclusive of the day of service. Within the same time, a copy
of your answer must be delivered or mailed to the attorney for the Plaintiff. **Unless you answer
the Petition within the time stated, judgment will be rendered against you with costs of the
action.**

        Issued this 7th day of Jan. 2022.

                                          DON NEWBERRY
                                          TULSA COUNTY COURT CLERK

(Seal)

                                          By: _____
                                               Deputy Court Clerk

GRAVES MCLAIN PLLC
4137 S Harvard Ave Ste F
Tulsa OK 74135
Phone: (918) 359-6600
Fax: (918) 359-6605
ATTORNEYS FOR PLAINTIFF

        **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH
THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO
THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

**EXHIBIT
A**



Graves McLain
4137 S. Harvard Ave. Suite F
Tulsa OK 74135

PS Form 3800 6/02

**CERTIFIED MAIL**

9414 7116 9900 0554 8509 58

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ (Addressee ☐ Agent)

X

B. Received By (Printed Print Clearly)
G. Parrish

C. Date of Delivery
JAN 1 4 2022

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

| City | State | ZIP + 4 Code |
|------|-------|--------------|

RETURN RECEIPT REQUESTED

Article Addressed To:

Home Depot, USA., Inc., a/k/a The Home Depot
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City OK 73159-7653

UNITED STATES POSTAL SERVICE
OKLAHOMA CITY OK 730
14 JAN 2022 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

$/USA CMF-134 04/16

RETURN TO:

**RECEIVED**

JAN 1 8 2022

Graves McLain
4137 S. Harvard Ave. Suite F
Tulsa OK 74135

PS FORM 3811, 2/2004